**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   4:17-CR-00008-01-DGK |
| | ) | |
| DERRICK J. WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On February 23, 2018, the Honorable Robert E. Larsen, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of the crime of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a), as charged in Count One of the Indictment (Doc. 1).  Neither party filed objections to the Report and Recommendation, and the time for doing so has passed.  28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2).  The Court has also reviewed de novo the transcripts of the proceedings held before Judge Larsen on February 5, 2018.  In light of the evidence in the Record and the lack of an objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the crime charged in Count One of the Indictment.

**IT IS SO ORDERED.**

Date:  March 15, 2018                 /s/ Greg Kays
                                      GREG KAYS, CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT